UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| CAPITOL RECORDS, INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; and BMG MUSIC, a New York general partnership,<br><br>    Plaintiffs,<br><br>vs.<br><br>CHRISTA TOWNSEND,<br><br>    Defendant. | Case No.: 4:05-cv-04095-JBM-JAG<br><br>The Hon. Joe Billy McDade |

**ORDER FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

Based upon Plaintiffs' motion for default judgment and permanent injunction, and good cause appearing therefore, it is hereby ordered and adjudged that:

1. Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the eight sound recordings listed in Exhibit A to the Complaint.

2. Accordingly, having been adjudged to be in default, Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Six Thousand Dollars ($6,000.00).

3. Defendant shall further pay Plaintiffs' costs of suit herein in the amount of Three Hundred Thirty Five Dollars ($335.00).

4. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "Love Song," on album "Disintegration," by artist "The Cure" (SR# 104-305);
- "Come and Talk to Me," on album "Forever My Lady," by artist "Jodeci" (SR# 129-912);
- "My Next Broken Heart," on album "Brand New Man," by artist "Brooks & Dunn" (SR# 140-290);
- "Unpretty," on album "Fanmail," by artist "TLC" (SR# 298-454);
- "A Bad Goodbye," on album "No Time to Kill," by artist "Clint Black" (SR# 168-535);
- "Valentine," on album "Evolution," by artist "Martina McBride" (SR# 240-332);
- "Rain," on album "Release Some Tension," by artist "SWV" (SR# 249-300);
- "Cold Cold Heart," on album "Come Away With Me," by artist "Norah Jones" (SR# 320-120);

5. Defendant shall also be and hereby is enjoined from directly or indirectly infringing any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs.

6. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

2

DATED:   8/2/06               By:   s/Joe B. McDade
                                    Hon. Joe Billy McDade
                                    United States District Judge